RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JAN 11 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON NICHOLAS CASELANO, <br><br> Defendant. | Case No. CR 22-006 - S DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about December 8, 2021, in the District of Idaho, the defendant, BRANDON NICHOLAS CASELANO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Robbery, in case number H0401805, in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, did knowingly possess in and affecting commerce a firearm, that is,

**INDICTMENT** - 1

1. a Sturm, Ruger & Co. Inc., model LCP, .380 caliber pistol, bearing serial number 372425345, and

2. an Enfield, model No. 4 Mk 1, .303 caliber rifle, bearing serial number BA14897, said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, BRANDON NICHOLAS CASELANO, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. Sturm, Ruger & Co. Inc., LCP, .380 caliber pistol, serial number 372425345;

    b. Enfield, No. 4 Mk 1, .303 caliber rifle, serial number BA14897; and

    c. any associated ammunition.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 11th day of January 2022.

A TRUE BILL

*/s/ [signature on reverse]*

Foreperson

RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
By:

_____
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3